UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
In re:

QUIMERA RESTAURANT GROUP LLC                Chapter 7
                                            Case No.: 18-41986-cec
                              Debtor.
------------------------------X
DAVID J. DOYAGA, SR., AS TRUSTEE OF THE
ESTATE OF QUIMERA RESTAURANT GROUP LLC

                                              Adv. Pro. No.: 20-01041-cec

                              Plaintiff,
       -against-

URBAN SPACE HOLDINGS, INC.,

                              Defendant.
------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel and representative for the parties herein, as follows:

        1.     The time for defendants, Urban Space Holdings, Inc., to answer or to move with respect to the complaint herein is hereby extended from May 13, 2020 to June 15, 2020.

        2.     For purposes of this Stipulation, facsimile and/or email signatures shall be deemed originals. The parties may execute this Stipulation in counterparts and each counterpart so executed by each party shall constitute an original.

3. Defendant hereby waive any defense based on improper process of service.

4. The Parties respectfully request this Honorable Court adjourn the pretrial conference to a date acceptable to this court consistent with this Stipulation.

Dated: New York, New York
May 13, 2020

| | |
|---|---|
| **ROSEN & KANTROW, PPLC** | *Representative for Defendant* |
| *Attorneys for Plaintiff* | *Urban Space Holdings, Inc.* |
| *David J. Doyaga Sr., as Trustee of The Estate of Quimera Restaurant Group* | |
| | By:   */s/ Eldon Scott* |
| By:   */s/ Nico G. Pizzo* | Eldon Scott |
| Nico G. Pizzo | |
| Avrum J. Rosen | |
| 38 New Street | |
| Huntington, New York 11743 | |
| (631) 423-8527 | |

SO ORDERED:

Dated: Brooklyn, New York
May 18, 2020

_____
**Carla E. Craig**
**United States Bankruptcy Judge**